**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARIA DE LOURDES ARROYO-LOEZA, | No. 11-72881 |
| Petitioner, | Agency No. A077-410-341 |
| v. | MEMORANDUM[*] |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 15, 2013[**]

Before:     SILVERMAN, BEA, and NGUYEN, Circuit Judges.

Maria De Lourdes Arroyo-Loeza, a native and citizen of Mexico, petitions

for review of the Board of Immigration Appeals' order dismissing her appeal from

an immigration judge's ("IJ") decision denying her application for cancellation of

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

removal.  Our jurisdiction is governed by 8 U.S.C. § 1252.  We review for substantial evidence the agency's continuous physical presence determination, *Ibarra–Flores v. Gonzales*, 439 F.3d 614, 618 (9th Cir. 2006).  We deny in part and dismiss in part the petition for review.

Substantial evidence supports the agency's determination that Arroyo-Loeza failed to establish the ten years of continuous physical presence required for cancellation of removal.  *See* 8 U.S.C. § 1229b(b)(1)(A); *Juarez-Ramos v. Gonzales,* 485 F.3d 509, 511 (9th Cir. 2007) (expedited removal interrupts an alien's continuous physical presence for cancellation purposes).

We lack jurisdiction to review Arroyo-Loeza's collateral attack on her expedited removal.  *Avendano-Ramirez v. Ashcroft*, 365 F.3d 813, 818-19 (9th Cir. 2004); *see also Valadez-Munoz v. Holder,* 623 F.3d 1304, 1306 (9th Cir. 2010) (defining expedited removal as a "formal proceeding").

**PETITION FOR REVIEW DENIED in part and DISMISSED in part.**

11-72881